## Madisonville, Hartford & Eastern Railroad Co., et al. v. McDowell, et al.

(Decided March 16, 1912.)

### Appeal from Ohio Circuit Court.

This case is affirmed upon the authority of Madisonville, Hartford & Eastern Railroad Co. v. Graham, this day decided.

BENJAMIN D. WARFIELD, CHAS. H. MOORMAN and GLENN & SIMMERMAN for appellants.

HEAVRIN & WOODWARD for appellee.

OPINION OF THE COURT BY JUDGE NUNN—Affirming.

This court delivered an opinion this day in the case of the same appellant against John M. Graham, which was tried at the same term as this one by the Ohio Circuit Court, and substantially the same facts were produced, therefore, this case is governed by the principles of law announced in the case referred to.

Judgment affirmed.